UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVARO MENDEZ-GARCIA,

    Plaintiff,

v.                                                Case No.  8:10-cv-788-T-24 EAJ

GALAXIE CORPORATION,

    Defendant/Third Party Plaintiff,

v.
NANOTEC METALS, INC.

    Third-Party Defendant.
_____/

**ORDER**

This cause comes before the Court on Defendant Galaxie Corporation's ("Defendant") Unopposed Motion to Extend Deadlines in the Case Management and Scheduling Order.  (Doc. No. 44).  In this motion, Defendant requests that the Court extend: (1) the deadline for Defendant's expert disclosures from February 15, 2011 to April 15, 2011; (2) the deadline for rebuttal expert disclosures from March 15, 2011 to May 6, 2011; (3) the discovery deadline from March 31, 2011 to May 31, 2011; and (4) the dispositive motion deadline from April 15, 2011 to June 15, 2011.  While the Court will grant the motion, the Court must also move the pretrial conference and trial by 60 days so that the Court will have enough time to rule on any dispositive motions prior to the pretrial conference.  No further extensions will be given.  The Court will issue a second amended scheduling order.

    **DONE AND ORDERED** at Tampa, Florida, this 12th day of April, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record